**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Virgil W. WOMACK, Defendant— Appellant.**

No. 04–6012.

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2004.

Decided: June 25, 2004.

Virgil W. Womack, Appellant pro se.

Marvin Jennings Caughman, Assistant United States Attorney, Columbia, South Carolina, David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Virgil W. Womack appeals the district court's order of December 5, 2003, denying his "Motion to Vacate Restitution Order Pursuant to 18 U.S.C. § 3664(k)." We have reviewed the record and the court's order and find no reversible error in the denial of Womack's motion. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*